UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTHONY JONES,

        Plaintiff,

    v.

BRADKEN, INC.,

        Defendant.

CASE NO. C12-5926 BHS

ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR EXTENSION OF CERTAIN DEADLINES

    This matter comes before the Court on Defendant Bradken, Inc.'s ("Bradken") motion to compel and extension of discovery and dispositive motions deadlines (Dkt. 24). In the course of briefing the motion, Bradken withdrew the portion of the motion seeking an order compelling discovery by Plaintiff. Dkt. 30 at 1. To the extent the motion sought an order compelling discovery, that portion of the motion is no longer before the Court.

    With respect to the portion of the motion seeking an order extending the discovery and dispositive motion deadlines, the parties request the Court extend those deadlines thirty (30) days and sixty (60) days, respectively, from the entry of this order. *See* Dkts. 29 and 30.

ORDER - 1

1  The Court has reviewed the motion, the pleadings and documents filed in support of and in opposition to the motion, including Plaintiff's agreement to the relief sought (Dkt. 29), as well as the case schedule. The Court finds that the extensions the parties seek are too lengthy given the other pretrial and trial dates. Nonetheless, the Court understands the parties' need for some extension of time. Thus, it hereby **ORDERS** that the motion (Dkt. 24) is **GRANTED in part** and **DENIED in part** as follows: the deadline for completing discovery is extended to October 18, 2013, and the deadline for filing dispositive motions is extended to October 25, 2013

Dated this 10th day of September, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge